**Order entered September 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01568-CR

**JAMES TIMOTHY GREENE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-41774-P**

## ORDER

The Court **GRANTS** the State's September 27, 2016 motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     ROBERT M. FILLMORE
          JUSTICE